IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ARLENE E. BLAKE-GONZALEZ,<br><br>        Plaintiff<br><br>        v.<br><br>JOSE SERRANO-DE JESUS, et al.,<br><br>        Defendants and<br>        Third-Party Plaintiffs<br><br>        v.<br><br>MANUEL GONZALEZ-LOPEZ, et al.,<br><br>        Third-Party Defendants | CIVIL NO. 06-1060 (JP) |

**FINAL JUDGMENT**

The parties hereto have informed the Court that they have settled this case. Pursuant thereto, the Court **ENTERS JUDGMENT FOR PLAINTIFF** Arlene E. Blake-González ("Blake") to have and recover the sum of **FIFTY-FIVE THOUSAND DOLLARS ($55,000.00)** against Defendants José Serrano-de Jesús; Caribbean Restaurants, LLC d/b/a Burger King; Real Legacy Assurance Company, Inc., jointly and severally, for all damages suffered by Plaintiff. Judgment is entered **DISMISSING WITH PREJUDICE** the Complaint, as well as the cause of action by Defendants against Third-Party Defendants Manuel González-López and Armando González-López. This judgment is a release from all damages and causes of action exercised in the Complaint and all damages and

CIVIL NO. 06-1060 (JP)          -2-

causes of action that could follow or emanate from the facts stated therein.

This judgment **SHALL** be paid within thirty days of this date by depositing the principal with the Clerk of the Court.  This judgment is entered without the imposition of costs or attorney's fees.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 22nd day of May, 2007.

                                                s/Jaime Pieras, Jr.
                                                JAIME PIERAS, JR.
                                      U.S. SENIOR DISTRICT JUDGE

**AGREED TO BY:**

| s/Rachel Brill | s/Victoria A. Ferrer-Kerber |
|---|---|
| RACHEL BRILL, ESQ. | VICTORIA A. FERRER-KERBER, ESQ. |
| Victoria Ferrer Law Office<br>Attorney for Plaintiff | Victoria Ferrer Law Office<br>Attorney for Plaintiff |

s/Ernesto R. Irizarry
---
ERNESTO R. IRIZARRY, ESQ.

Ernesto R. Irizarry Attorneys At Law
Attorney for Defendants

s/Eduardo R. Estades
---
EDUARDO R. ESTADES, ESQ.

Estades Law Office
Attorney for Third-Party Defendants